# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Michael Wysoczan,

Plaintiff(s),

v.

Cambridge Mutual Fire Insurance Company,

Defendant(s).

Case No. 23 C 905
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Declaratory Judgment entered in favor of the Plaintiff and against the Defendant. The Court declares that parties are required to use the appraisal process to determine the amount of loss from the ice event covered by the insurance policy and whether the scope of the damage requires a general contractor. The Defendant's counterclaim is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for judgment on the pleadings.

Date: 8/28/2023          Thomas G. Bruton, Clerk of Court

                         /s/ Michael Wing, Deputy Clerk